IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUCAS HORTON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:21-cv-1542 |
| MULTIPLAN, INC., § | |
| § | |
| Defendant. § | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1, Defendant Multiplan, Inc. is a wholly-owned subsidiary of MultiPlan Holding Corporation. The ultimate parent company of MultiPlan Holding Corporation is MultiPlan Corporation, which is a publicly-traded company. No parent corporation or publicly-traded corporation owns more than 10% of MultiPlan Corporation's stock.  Defendant further discloses that the following parties known to Defendant and its counsel have a financial interest in the outcome of this case:

1. Lucas Horton, Plaintiff *Pro Se*;
2. Multiplan, Inc., Defendant;
3. Jennifer K. Clewis, Attorney for Defendant;
4. Errol J. King, Jr., Of Counsel, Attorney for Defendant;
5. Taylor J. Crousillac, Of Counsel, Attorney for Defendant;
6. Katherine Cicardo Mannino, Of Counsel, Attorney for Defendant; and
7. Phelps Dunbar, LLP, Firm representing Defendant.

Dated: July 2, 2021.

                        Respectfully submitted,
                        */s/ Jennifer K. Clewis*
                        Jennifer K. Clewis
                        State Bar No. 24097509
                        **PHELPS DUNBAR LLP**
                        Southlake Town Square
                        115 Grand Avenue, Suite 222
                        Southlake, Texas 76092-7629
                        Telephone: (817) 305-0342
                        Facsimile: (817) 488-3214
                        jennifer.clewis@phelps.com
                        **ATTORNEY FOR MULTIPLAN, INC.**

**OF COUNSEL:**

Errol J. King, Jr.
Taylor J. Crousillac
Katherine Cicardo Mannino
**PHELPS DUNBAR LLP**
400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: (225) 346-0285
Facsimile: (225) 381-9197
errol.king@phelps.com
taylor.crousillac@phelps.com
katie.mannino@phelps.com

**ATTORNEYS FOR MULTIPLAN, INC.**