



## Franchise Tax Account Status
As of : 07/07/2021 12:47:50

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| VALERIA FINE JEWELRY LLC | |
|---|---|
| Texas Taxpayer Number | 32059723927 |
| Mailing Address | 4834 VICKSBURG ST DALLAS, TX 75207-5212 |
| ❷ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 02/26/2016 |
| Texas SOS File Number | 0802401141 |
| Registered Agent Name | LUCAS HORTON |
| Registered Office Street Address | 4834 VICKSBURG DALLAS, TX 75207 |