Home (https://www.jewelrystoredirectory.com/)    Jewelry Stores (https://www.jewelrystoredirectory.com/jewelry-stores/)    Jewelry (https://www.jewelrystoredirectory.com/)

⊙ Submit a Jewelry Store(https://www.jewelrystoredirectory.com/submit-a-jewelry-store/)

Jewelry Profile     Reviews 0

📞 Call now(tel:(214)%20909-3341)     ⊙ Get directions(http://maps.google.com/maps?daddr=32.806337%2C-96.849904)

Website(https://valeriacustomjewelry.com/)     Share     💬 Leave a review

⊙ Claim listing(https://www.jewelrystoredirectory.com/claim-store/?listing_id=9817)     ⓘ Report(https://www.jewelrystoredirectory.com/my-account/)

### ☰ About The Jeweler

Looking for Custom Jewelry? Valeria Custom Jewelry is your custom jewelry HQ, whether it is a ring, bracelet, or pendant. You dream it, we create it.

Valeria Custom Jewelry Categories:

Jewelry designer, Jeweler, Jewellery manufacturer

Address: 4834 Vicksburg St, Dallas, TX 75207

Denton, Texas, United States

### ▦ Discover More Jewelers in This Location:

⊙ Denton(https://www.jewelrystoredirectory.com/region/denton/)

### 🖼 Cover Image



Recaptcha Privacy - protected

Jeweler - Jewelry Store     Home (https://www.jewelrystoredirectory.com/)     Jewelry Stores (https://www.jewelrystoredirectory.com/jewelry-stores/)    Jewelry

Are you searching for charming diamond rings? Would you like to see most trendy diamond bracelets? Are you planning to propose your loved one? See most popular engagement rings that will fascinate you. Valeria Custom Jewelry - Denton/Texas and more on Jewelry Store Directory.

Submit a Jewelry Store(https://www.jewelrystoredirectory.com/submit-a-jewelry-store/)
(https://www.jewelrystoredirectory.com/)

## Open

Open hours today: 10:00 am – 6:00 pm

### Follow This Jewelry Store on Social Media

Twitter(https://twitter.com/share)     (https://www.facebook.com/valeriacustomjewelry)     (https://www.instagram.com/valeria_fine_jewelry)

### Contact Jewelry Store

Your name

Your phone number

Your Email address

Your message?

Send Message

### Jeweler Contact Details

Valeria Custom Jewelry - Denton/Texas

(214) 909-3341

## You May Also Be Interested In

OPEN                 OPEN

Recaptcha Privacy - protected

Home (https://www.jewelrystoredirectory.com/)    Jewelry Stores (https://www.jewelrystoredirectory.com/jewelry-stores/)    Jewelry

Clique Gallery - Boutique - Denton/Texas (https://www.jewelrystoredirectory.com/)    Submit a Jewelry Store (https://www.jewelrystoredirectory.com/submit-a-jewelry-store/)    Deborah Gaspar - Denton/Texas

Clique Gallery - Boutique is a gold, handmade and beaded jewelry designs Jewelry Store Categories: Jewelry designer, Jeweler, Jewelry repair shop, Store Address: Goddr. Jewelry today

OPEN           OPEN           OPEN

# Valeria Custom Jewelry - Denton/Texas

Shannon Jewelers - Denton/Texas      Hope Faith Jewelry - Denton/Texas      James Avery Artisan Jewelry - Den

Shannon Jewelers Categories: Jewelry designer, Jeweler, Jewelry appraiser Hope Faith Jewelry Categories: Jewelry designer, Store Address: 2728 Charles Avenue Denton TX. Store at Chape

## Pages

Privacy Policy (https://www.jewelrystoredirectory.com/privacy-policy/)
Terms Of Service (https://www.jewelrystoredirectory.com/terms-of-service/)
Submit a Jewelry Store (https://www.jewelrystoredirectory.com/submit-a-jewelry-store/)
Contact us (https://www.jewelrystoredirectory.com/contact-us/)

## Sitemaps

Sitemap (https://www.jewelrystoredirectory.com/sitemap_index.xml)

## Jewelry Store Directory

Jewelry Store Directory is an online business platform enables you to find jewelers near you with the help of advanced filters and maps integrated with your current location. It also help you to contact easily with the jeweler you chose to take a glance at the jewels they exhibit and to get quotes from their stores. If you are looking for a diamond or engagement ring, you are at the right place

Facebook (https://www.facebook.com/Jewelry-Store-Directory-101253814925489/)    Pinterest (https://tr.pinterest.com/social2371/)    Twitter (https://twitter.com/directory_store)

© Powered by Jewelry Store Directory (https://www.jewelrystoredirectory.com)
Find Jewelry Stores Near You

Recaptcha
Privacy -
protected