



# Valeria Custom Jewelry, Dallas, TX

📞 CALL (TEL:(214) 909-3341)     🌐 WEBSITE (HTTPS://WWW.VALERIACUSTOMJEWELRY.COM/)     📍 DIRECTIONS

Angi
## Top-Rated Painting Pros

**Valeria Custom Jewelry**
4834 Vicksburg St ☑ (https://www.cylex.us.com/map/dallas/vicksburg-street.html)
75207 Dallas ☑ (https://www.cylex.us.com/dallas/)
Texas

Phone:   (214) 909-3341 (tel:(214) 909-3341)  📞 (TE
                  Main

Website:   https://www.valeriacustomjewelry.com/ (https://ww...

Vancaro Jewelry
## View Our Collection

 🕐 OPENING HOURS

⚠ Hours may differ

| | |
|---|---|
| WEDNESDAY | 10:00 AM – 6:00 PM |
| THURSDAY | 10:00 AM – 6:00 PM |
| FRIDAY | 10:00 AM – 6:00 PM |
| *SATURDAY* | *Closed* |
| *SUNDAY* | *Closed* |
| MONDAY | 10:00 AM – 6:00 PM |
| TUESDAY | 10:00 AM – 6:00 PM |

Open.
Closes in  5 h 0 min.

We use cookies to improve our services. By using our website, you agree to our use of cookies. (https://ec.europa.eu/info/cookies_en)   OK





NOSWEAT

# NOSWEAT MENS BUCKET
(1608)



## OFFICIAL DATA

**DATE OF INCORPORATION**
2008



## DESCRIPTION

We are a full service custom jeweler thriving on making the jewelry that you can't get anywhere else. Distance doesn't stop us from building relationships with our customers. Contact us today for competitive pricing, creative designs, and unprecedented quality, design and aesthetics.
Our unique custom jewelry process is specifically tailored to fit people of all facets in the world. If you can imagine it, we can make it.
Valeria Custom Jewelry creates one of a kind custom jewelry pieces. Browse the website to see the collection.

**Keywords**
Jewelers, Jewelry Stores, Earrings, Fine Jewelry, Ring, Wedding Bands, Necklace, Custom Rings, Bridal Rings, Mens Wedding Bands, Jewelry Designers

**Products**
Jewelry, Engagement Rings, Necklaces, Diamonds, Pendants

**Services**
Jewelry Store, Custom Jewelry, Engagement Ring Design

**Categories**
Jewelry Store, Wedding Jewelry, Jeweler, Diamonds, Jewelry Designer

**Available payment methods**

| | |
|---|---|
| Discover | American Express |
| Cash | MasterCard |
| Visa | |

The company *Valeria Custom Jewelry* is listed in the following categories:

SHOPPING & RETAIL (HTTPS://WWW.CYLEX.US.COM/DALLAS/SHOPPING-RETAIL/)
> JEWELERS & JEWELRY STORES (HTTPS://WWW.CYLEX.US.COM/DALLAS/JEWELERS-JEWELRY-STORES/)
SHOPPING & RETAIL (HTTPS://WWW.CYLEX.US.COM/DALLAS/SHOPPING-RETAIL/) > DIAMOND DEALERS (HTTPS://WWW.CYLEX.US.COM/DALLAS/DIAMOND-DEALERS/)

🔍 More info about Valeria Custom Jewelry (/google/companysearch?cx=partner-pub-0861131141565382:7792519963&cof=FORID%3A9&ie=UTF-8&hl=en-US&q=Valeria%20Custom%20Jewelry)

We use cookies to improve our services. By using our website, you agree to our use of cookies. (https://ec.europa.eu/info/cookies_en)    OK



NOSWEAT
## NOSWEAT MENS BUCKET
(1608)



## GALLERY

ADD IMAGES (HTTPS://ADMIN.CYLEX.US.COM/CLAIMMYBUSINESS.ASPX?D=CYLEX.US.COM&FIR_NR=28703746&GUID=F3DAF28577F64CF3ABF4C85A9



## REVIEWS

Be the first to write a review for Valeria Custom Jewelry!

Share your experience!



## NEARBY SIMILAR COMPANIES

**1** Machine Tool Repair & Gear Manufacturing, Inc. (https://www.cylex.us.com/company/machine-tool-repair---gear-manufacturing--inc--15556853.html)
📍 0.24 mi
4770 Iberia Ave
75207  Dallas
📞 (214) 631-8120

**2** Paris Fashions Incorporated (https://www.cylex.us.com/company/paris-fashions-incorporated-8500506.html)
📍 0.44 mi
2629 NORTH STEMMONS FREEWAY SUITE 235
75207  Dallas
📞 (214) 630-7696

**3** Xcessories (https://www.cylex.us.com/company/xcessories-23816103.html)
📍 0.75 mi
2300 N STEMMONS FWY
75207  Dallas
📞 (214) 630-1183

**4** Foree Hunsicker Inc (https://www.cylex.us.com/company/foree-hunsicker-inc-23649984.html)
📍 0.75 mi
2300 N STEMMONS FWY
75207  Dallas
📞 214 526 1987

Murray Cyndie & Co (https://www.cylex.us.com/company/murray-cyndie---co-8487656.html)
📍 0.91 mi

We use cookies to improve our services. By using our website, you agree to our use of cookies. (https://ec.europa.eu/info/cookies_en)   OK

5  2300 NORTH STEMMONS FREEWAY
75258 Dallas
📞 (214) 637-1565

**Forty Seventh & Fifth Incorporated (https://www.cylex.us.com/company/forty-seventh---fifth-incorporated-7240805.html)**
📍 0.91 mi
6  2300 NORTH STEMMONS FREEWAY
75258 Dallas
📞 (214) 631-5352

📖 Map view of similar nearby companies (https://www.cylex.us.com/scg?q=&c=&z=&p=1&dst=&sUrl=&ctg=594,2693&geo=32.806340,-96.849900&r=30#map)

We use cookies to improve our services. By using our website, you agree to our use of cookies. (https://ec.europa.eu/info/cookies_en)   OK