n49°

## Valeria Custom Jewelry

4834 Vicksburg St, Dallas, TX

 0 review

✎ (/edit-biz/edit-location.php?bid=3541026)

Claim this business    (/edit-biz/edit-location.php?bid=3541026)   Last updated:   Over a year ago

Listed in: Jewellery Shops (https://www.n49.com/search/Jewellery%20Shops/6448/Dallas/)

### Contact information

**Phone numbers**
214-909-3341 (tel:214-909-3341)

### Business website
www.valeriacustomjewelry.com/ (https://www.valeriacustomjewelry.com/)

Powered By ◯◯|◯ (https://op.io)

Be the first to review

### WRITE REVIEW

214-909-3341 (TEL:2149093341)     WRITE A REVIEW (HTTPS://WWW.N49.COM/REVIEW-PROCESS/?
BID=3541026&RETURNTO=/BIZ/3541026/VALERIA-CUSTOM-JEWELRY-TX-

Case 3:21-cv-01542-S-BK Document 6-5 Filed 07/08/21 Page 2 of 2 PageID 72

n49°

| ABOUT N49 | BUSINESS CENTER | N49 SOCIAL |
|---|---|---|
| Corporate Website (https://n49interactive.ca/) | List for free (https://www.n49.com/biz/) | Twitter (https://twitter.com/n49/) |
| Contact (https://n49interactive.ca/contact/) | Featured listings (https://n49interactive.ca/featured-listings/) | Facebook (https://www.facebook.com/n49ca) |
| Privacy policy (https://www.n49.com/privacy-policy.php/) | Online Reviews (https://opioapp.com/) | Linkedin (https://www.linkedin.com/company/n49-interactive) |
| Terms of use (https://www.n49.com/terms/) | Web Services (https://webpro.ca/) | Youtube (https://www.youtube.com/user/n49productions) |
| | Contact (https://n49interactive.ca/contact/) | Instagram (https://www.instagram.com/n49interactive/) |
| | | Slideshare (https://www.slideshare.net/n49) |

214-909-3341 (TEL:2149093341)

WRITE A REVIEW (HTTPS://WWW.N49.COM/REVIEW-PROCESS/?BID=3541026&RETURNTO=/BIZ/3541026/VALERIA-CUSTOM-JEWELRY-TX-