IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS HORTON, | § | |
| Plaintiff, | § § § | |
| v. | § § | |
| MULTIPLAN, INC., | § § | CIVIL ACTION NO. 3:21-cv-1542 |
| Defendant. | § § § | |

## DECLARATION OF ANTHONY V. GONZALEZ

1. I am currently a Senior Account Manager for MultiPlan, Inc. ("MultiPlan"), and I have held a variety of positions within the Sales and Account Management department of MultiPlan and its subsidiaries for the past 22 years.

2. As Senior Account Manager, my duties include managing relationships with clients.

3. In my role as Senior Account Manager, I have regular interaction and am familiar with certain clients of MultiPlan.

4. I have been made familiar with the litigation filed by Mr. Lucas Horton against MultiPlan, Inc. pending in the State of Texas where Mr. Horton contends that American Financial Security Life Insurance Company ("AFSLIC") is a client of MultiPlan from which MultiPlan is paid a portion of the premiums earned by AFSLIC.

5. MultiPlan does not have any contractual agreement with AFSLIC and AFSLIC is not a client of MultiPlan. MultiPlan does not receive any premiums from AFSLIC, or any payments whatsoever from AFSLIC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 6th, 2021.

_____
ANTHONY GONZALEZ

PD.34738945.1