# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS B. HORTON | § § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-1542-S-BK |
| MULTIPLAN, INC. | § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 19. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant Multiplan, Inc.'s Motion to Dismiss Plaintiff's Third Amended Complaint [ECF No. 14] is **DENIED.**

**SO ORDERED.**

SIGNED December 10, 2021.

UNITED STATES DISTRICT JUDGE